# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JOHN P. CHILD, *et. al.*, | : | |
| | : | CIVIL ACTION |
| Petitioners | : | |
| | : | |
| v. | : | NO. 24-5479 |
| | : | |
| DELAWARE COUNTY, *et. al.*, | : | |
| | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this 31st day of October, 2024, upon consideration of Petitioners, John P. Child, Euphrosyne (Joy) Schwartz, Paul Rumley, Kathryn Buckley, Dr. Alfeia DeVaughan-Goodwin, and Gregory Stenstrom Petition and Amended Emergency Petition as Underlying Complaint for Declaratory Judgment and Injunctive Relief (ECF Nos. 1 and 11), and Respondents' Response in Opposition thereto, and following Hearing, it is hereby **ORDERED** that the Petition and Amended Emergency Petition are **DENIED and DISMISSED** for the reasons set forth in the accompanying Memorandum Opinion.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*

**Mitchell S. Goldberg,     J.**